# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CARLSON, DIANNA L | § | Case No. 06-00888 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        CLERK, U.S. BANKRUPTCY COURT
        7th Floor, Federal Building
        219 South Dearborn Street
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/03/2010 in Courtroom 4016,

        United States Courthouse
        505 N. County Farm Road
        Wheaton, IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/11/2010              By: /s/ David R. Brown /s/

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
CARLSON, DIANNA L § Case No. 06-00888
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 44,404.71 |
| and approved disbursements of | $ | 19,231.25 |
| leaving a balance on hand of[1] | $ | 25,173.46 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                                *Proposed Payment*
_____                           $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: DAVID R. BROWN | $ 5,190.47 | $ 0.00 |
| Attorney for trustee: DAVID R. BROWN | $ 14,000.00 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: ALAN D. LASKO & ASSOCIATES, P.C. | $ 500.00 | $ 0.00 |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | _____ | $_____ | $_____ |
| Other: | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | _____ | $_____ | $_____ |
| Attorney for: | _____ | $_____ | $_____ |
| Accountant for: | _____ | $_____ | $_____ |
| Appraiser for: | _____ | $_____ | $_____ |
| Other: | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 101,535.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.4 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 8 | SHOPPERS CHARGE ACCOUNT c/o CREDITORS BANKRUPTCY SERVICEP O BOX 740933DALLAS,TX 75374 | $ 2,607.52 | $ 140.81 |
| 1 | RoundUp Funding, LLC MS 550 P.O. Box 91121 Seattle, WA 98111-9221 | $ 6,940.73 | $ 374.80 |
| 2 | Recovery Management Systems Corporation For GE Money Bankdba JCPENNEY CREDIT SERVICES25 SE 2nd Ave Ste 1120Miami FL 33131 | $ 2,632.48 | $ 142.16 |
| 3 | Recovery Management Systems Corporation For GE Money Bankdba LOWES CONSUMER25 SE 2nd Ave Ste 1120Miami FL 33131 | $ 5,605.94 | $ 302.72 |
| 4 | Recovery Management Systems Corporation For GE Money Bankdba WALMART25 SE 2nd Ave Ste 1120Miami FL 33131 | $ 557.02 | $ 30.08 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 5 | Recovery Management Systems Corporation For GE Money Bankdba MEIJER PLATINUM MC25 SE 2nd Ave Ste 1120Miami FL 33131 | $ 13,629.50 | $ 736.00 |
| 6 | Capital Recovery II 25 SE 2nd Avenue Suite 1120 Miami, FL 33131 | $ 1,488.68 | $ 80.39 |
| 7 | Chase Bank USA, NA PO BOX 15145Wilmington, DE 19850-5145 | $ 3,945.93 | $ 213.08 |
| 14 | American Express Bank FSB c/o Becket and Lee LLPPOB 3001Malvern PA 19355-0701 | $ 1,020.94 | $ 55.13 |
| 13 | Chase Bank USA, N.A c/o Creditors Bankruptcy ServiceP O Box 740933Dallas,Tx 75374 | $ 339.74 | $ 18.35 |
| 10 | Youngquist, Robin C/O Michael Hanbey Po Box 2575 Olympia, WA 98507 | $ 15,060.84 | $ 813.29 |
| 11 | Youngquist, Brett C/O Michael HanbeyPo Box 2575Olympia, WA 98507 | $ 15,060.83 | $ 813.30 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 12 | Youngquist, Phillip<br>C/O Michael Hanbey<br>Po Box 2575<br>Olympia, WA 98507 | $ 15,060.83 | $ 813.29 |
| 9 | US Bank / Retail Payment Solutions<br>PO Box 5229Cincinnati, OH 45201 | $ 12,534.16 | $ 676.85 |
| 15 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada NA /<br>HSBC CardServices IIIPOB 35480Newark NJ 07193-5480 | $ 728.06 | $ 39.32 |
| 16 | eCAST Settlement Corporation Assignee of Household Bank (KMart)P.O. Box 7247-6971Philadelphia, PA 19170-6971 | $ 251.00 | $ 13.55 |
| 17 | LVNV Funding LLC its successors and assigns as assignee of Citibank, N.A.Resurgent Capital ServicesPO Box 10587Greenville, SC 29603-0587 | $ 3,568.08 | $ 192.68 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 18 | LVNV Funding LLC its successors and assigns as assignee of Citibank, N.A.Resurgent Capital ServicesPO Box 10587Greenville, SC 29603-0587 | $ 503.53 | $ 27.19 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/ David R. Brown /s/

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: ahamilton              Page 1 of 2                   Date Rcvd: Aug 13, 2010
Case: 06-00888                 Form ID: pdf006              Total Noticed: 58

The following entities were noticed by first class mail on Aug 15, 2010.
db           +Dianna L Carlson,    1601 S Union,    Apt 710,    Tacoma, WA 98405-1999
aty          +Kent A Gaertner,    Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Rd., Suite 330,
               Wheaton, IL 60187-4547
aty          +Michele M Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
aty          +Springer, Brown, Covey, Gaertner, & Davis LLC,    400 S Country Farm Road Ste 330,
               Wheaton, IL 60187-4547
tr           +David R Brown, ESQ,    Springer Brown Covey Gaertner & Davis,    400 South County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
10583799     +Active Periodicals,    PO Box 1188,    Deerfield Beach FL 33443-1188
10583800      American Express,    PO Box 360002,    Ft Lauderdale FL  33336-0002
11489766      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10583783      Bankcard Services,    PO Box 15137,    Wilmington DE  19886-5137
12392056      Capital Recovery One,    25 SE Avenue Suite 1120,    Miami, FL 33131
10583791      Cardmember Service,    PO Box 15153,    Wilmington DE  19886-5153
11486979     +Chase Bank USA, N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
11452401      Chase Bank USA, NA,    PO BOX 15145,    Wilmington, DE 19850-5145
11057505     +Chicago Tribune,    Po Box 4791,    Chicago, IL 60680-4791
10583776     +Corporate Credit,    Creek,    100 Plantation Road,    New Orleans LA 70123-5310
10583794      Corporate Recievables,    PO Box 32995,    Phoenix AZ  85064-2995
10583774      Costco,    PO Box 17298,    Baltimore MD  21297-1298
10583792     +Credit Collection Services,    Two Wells Avenue,    Newton MA 02459-3246
10583797     +Dupage Surgical Consultants,    7 Blanchard Circle,    Suite 104,    Wheaton IL 60189-2038
10583795      HSBC Mastercard,    PO Box 17051,    Baltimore MD  21297-1051
10654753     +HSBC Retail Services,    Po Box 5244,    Carol Stream, IL 60197-5244
10583770      Home Depot Credit Services,    Processing Center,    Des Moines IA  50364-6500
10583782     +Household Bank SB NA Costco,    C/O Bass & Associates PC,    3936 E Ft Lowell Rd Ste 200,
               Tucson, AZ 85712-1083
11057504     +IC Systems Inc,    Po Box 64887,    St Paul, MN 55164-0887
10654756    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: IRS,     230 S Dearborn St,    Mail Stop 5010 CHI,    Chicago, IL 60604)
10583781      KMart,    PO Box 17298,    Baltimore MD  21297-1298
10583788      Meijer,    PO Box 960015,    Orlando FL  32896-0015
10583778     +NCO Financial Systems,    507 Prudential Road,    Horsham PA 19044-2368
10583790     +RS Medical,    14401 SE First Street,    Vancouver Wa 98684-3503
10583798     +Robin and Brett Youngquist,    12542 Iron Court SW,    Olympia Wa 98512-9026
10583780     +SCA Accounts Services,    PO Box 731,    Mahwah NJ 07430-0731
11462376     +SHOPPERS CHARGE ACCOUNT,    c/o CREDITORS BANKRUPTCY SERVICE,    P O BOX 740933,
               DALLAS,TX 75374-0933
10583777      SKO Brenner American,    PO Box 230,    Frmngdale NY  11735-0230
10583771      Sears,    PO Box 182149,    Columbus OH  43218-2149
10583787      Target,    3901 West 53rd Street,    Sioux Falls SD  57106-4216
11438180      Target National Bank,    c/o Weinstein & Riley, P.S.,    PO Box 3978,    Seattle, WA 981243978
10583779    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,     PO Box 790408,    St Louis MO  53179-0408)
11475223     +US Bank / Retail Payment Solutions,    PO Box 5229,    Cincinnati, OH 45201-5229
10583784    ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
             (address filed with court: Von Maur,     PO Box 790298,    St Louis MO  63179-0298)
10623057     +Youngquist, Brett,    C/O Michael Hanbey,    Po Box 2575,    Olympia, WA 98507-2575
10623056     +Youngquist, Phillip,    C/O Michael Hanbey,    Po Box 2575,    Olympia, WA 98507-2575
10623055     +Youngquist, Robin,    C/O Michael Hanbey,    Po Box 2575,    Olympia, WA 98507-2575
11587666      eCAST Settlement Corporation,    Assignee of Household Bank (KMart),    P.O. Box 7247-6971,
               Philadelphia, PA 19170-6971
11542218      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
               POB 35480,    Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Aug 13, 2010.
12650240     +E-mail/PDF: rmscedi@recoverycorp.com Aug 14 2010 02:02:21     Capital Recovery II,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
10654754     +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2010 02:02:20     Care Credit,   GE Money Bank,
               Po Box 960061,    Orlando, FL 32896-0061
11442412      E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2010 02:02:20     GE Consumer Finance,
               For GE Money Bank,    dba CARE CREDIT,    PO Box 960061,    Orlando FL 32896-0661
10583796      E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2010 02:02:20     JC Penney,   PO Box 960001,
               Orlando FL  32896-0001
10583793      E-mail/PDF: cr-bankruptcy@kohls.com Aug 14 2010 01:59:08     Kohl’s,   PO Box 2983,
               Milwaukee WI  53201-2983
11606234      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
10583772      E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2010 02:02:20     Lowe’s,   PO Box 530914,
               Atlanta GA  30353-0914
10980916     +E-mail/Text: rayres@nicor.com                            Nicor Advanced Energy,   Po Box 30093,
               Lansing, MI 48909-7593
11600132      E-mail/PDF: BNCEmails@blinellc.com Aug 14 2010 01:58:55     ROUNDUP FUNDING, L.L.C.,   MS 550,
               PO Box 91121,    SEATTLE, WA 98111-9221
12390283      E-mail/PDF: rmscedi@recoverycorp.com Aug 14 2010 02:02:21
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
11441835     +E-mail/PDF: rmscedi@recoverycorp.com Aug 14 2010 02:02:21
               Recovery Management Systems Corporation,    For GE Money Bank,    dba WALMART,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
```

```
District/off: 0752-1          User: ahamilton           Page 2 of 2                   Date Rcvd: Aug 13, 2010
Case: 06-00888                Form ID: pdf006           Total Noticed: 58

The following entities were noticed by electronic transmission (continued)
11441881      +E-mail/PDF: rmscedi@recoverycorp.com Aug 14 2010 02:02:21
               Recovery Management Systems Corporation,    For GE Money Bank,    dba MEIJER PLATINUM MC,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11441801      +E-mail/PDF: rmscedi@recoverycorp.com Aug 14 2010 02:02:21
               Recovery Management Systems Corporation,    For GE Money Bank,    dba LOWES CONSUMER,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11441782      +E-mail/PDF: rmscedi@recoverycorp.com Aug 14 2010 02:02:21
               Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY CREDIT SERVICES,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +David R Brown, ESQ,   Springer Brown Covey Gaertner & Davis,    400 South County Farm Road,
               Suite 330,   Wheaton, IL 60187-4547
aty*          +David R Brown, ESQ,   Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
               Suite 330,   Wheaton, IL 60187-4547
10654755*     +Active Periodicals,   Po Box 1188,   Deerfield Beach, FL 33443-1188
10583785*      Bankcard Services,   PO Box 15137,   Wilmington DE 19886-5137
12392076*      Capital Recovery One,   25 SE Avenue Suite 1120,   Miami, FL 33131
10583786*      Sears,   PO Box 182149,   Columbus OH 43218-2149
10654752*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:  US Bank,   Po Box 790408,   St Louis, MO 53179)
11057503*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:  US Bank,   Po Box 790408,   St Louis, MO 53179)
10583789     ##JC Penney,   PO Box 2985,   Shawnee Mission KC 66201-1385
10583773    ##+LDG Financial Services,   4553 Winters Chapel Road,   Atlanta GA 30360-2705
10583775     ##National Financial Systems Citicorp,   600 W John,   PO Box 9046,   Hicksville NY 11802-9046
                                                                                   TOTALS: 0, * 8, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 15, 2010**          **Signature:**   _Joseph Speetjens_